IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00782-WDM-MEH

COLUMBIA MEDICAL MANUFACTURING, LLC, a California limited liability company,

    Plaintiff,

v.

PATTERSON MEDICAL COMPANY, and
SAMMONS PRESTON,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 10, 2007.**

    Upon notice of settlement by the parties in this matter, the Scheduling/Planning Conference scheduled for September 11, 2007 at 9:45 a.m. and the Settlement Conference scheduled for September 11, 2007 at 10:00 a.m. are hereby **vacated**. The parties shall file dismissal papers with the Court on or before Friday, September 21, 2007.