IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   07-cv-00782-WDM-MEH

COLUMBIA MEDICAL MANUFACTURING, LLC, a California limited liability company,

    Plaintiff,

v.

PATTERSON MEDICAL COMPANY
and SAMMONS PRESTON,

    Defendants.

## NOTICE OF STIPULATED DISMISSAL

Miller, J.

This matter is before me on the stipulation for dismissal with prejudice filed by the parties (Docket No. 17) I construe this as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and accordingly take judicial notice that the complaint is dismissed with prejudice, each party bearing his or her own attorneys' fees and costs.

DATED at Denver, Colorado, on September 24, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF Final